# EXHIBIT B

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JOOST US, INC., a Delaware corporation, JOOST N.V., a Netherlands Antilles corporation nd JOLTID LIMITED, a British Virgin Islands corporation, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 4906-CC |
| MICHELANGELO VOLPI and INDEX VENTURES MANAGEMENT, S.A., a Swiss corporation, | ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF FILING OF NOTICE OF REMOVAL

TO:  Thomas J. Allingham II
　　　Stephen D. Dargitz
　　　Skadden, Arps, Slate, Meagher &
　　　　Flom LLP
　　　One Rodney Square
　　　P.O. Box 636
　　　Wilmington, DE 19899-0636

PLEASE TAKE NOTICE that on the September 21, 2009, the attached Notice of Removal of the above-captioned action from the Court of Chancery of the State of Delaware was filed with the Clerk of the United States District Court for the District of Delaware, thereby effecting the removal of the action from the Court of Chancery and prohibiting further proceedings in the Court of Chancery in accordance with the provisions of 28 U.S.C. § 1446(d).

Respectfully submitted,

YOUNG CONAWAY STARGATT
  & TAYLOR, LLP

OF COUNSEL:

*/s/ John W. Shaw*

John W. Shaw (# 3362)
Robert A. VanNest
C. Barr Flinn (# 4092)
Rachael E. Meny
The Brandywine Building
Steven K. Taylor
1000 West Street, 17th Floor
Benjamin Berkowitz
Wilmington, Delaware 19801
KEKER & VAN NEST LLP
(302) 571-6600
710 Sansome Street
  *Attorneys for Defendants*
San Francisco, CA 94111-1704

Dated: September 21, 2009

# CERTIFICATE OF SERVICE

I, John W. Shaw, Esquire, hereby certify that on September 21, 2009, I caused a true and correct copy of the foregoing document to be served upon the following counsel of record as indicated:

**BY LEXISNEXIS FILE & SERVE**

Thomas J. Allingham II
Stephen D. Dargitz
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636

*/s/ John W. Shaw*
John W. Shaw (# 3362)